UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OAK NON-PROFIT APARTMENTS, INC.,

    Plaintiff,                                          Case Nos. 05-60107, 05-60170

v.                                                     Honorable John Corbett O'Meara

WILLIAM PATTERSON,

    Defendant.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO REMAND

This matter came before the court on Plaintiff's May 23, 2005 motion for remand. No response was filed, and no oral argument was heard.

Pursuant to 28 U.S.C. § 1446(b), a notice of removal "shall be filed within thirty days after the receipt by the defendant . . . of the initial pleading." The statute is strictly construed. If a defendant fails to file notice of removal in a timely fashion, the action must be remanded. *See* Murphy Bros. v. Michetti Pipe Stringing, 526 U.S. 344, 348-49 (1999). In this case defendant Patterson filed notice of removal more than six months after receipt of the initial pleading.

Therefore, it is hereby **ORDERED** that Plaintiff's May 23, 2005 motion for remand is **GRANTED.**

It is further **ORDERED** that Case No. 05-60107 is **REMANDED** to 44th District Court.

It is further **ORDERED** that Case No. 05-60170 is **DISMISSED.**

        s/John Corbett O'Meara
        John Corbett O'Meara
        United States District Judge

Dated: August 22, 2005